IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01181-KLM

GOLIGHT, INC.,
a Nebraska corporation,

      Plaintiff,

v.

AAC ENTERPRISES, L.L.C., d/b/a ORACLE LIGHTING,
a Louisiana corporation, and
AAC ENTERPRISES, INC., d/b/a ORACLE LIGHTING,
a Delaware corporation,

      Defendants.

## NON-CONSENT TO MAGISTRATE JUDGE

      Under 28 U.S.C. § 636(c) and D.C.COLO.LCivR 40.1(c) - Assignment of Cases/Direct Assignment to Magistrate Judges:

CHECK ONE

      ____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

OR

      _X_ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Dated:  September 13, 2016

| | |
|---|---|
| s/ Ian R. Walsworth | s/ Etai Lahav |
| Ian R. Walsworth | David C. Radulescu, Ph.D. |
| iwalsworth@sheridanross.com | Etai Lahav |
| Patricia Y. Ho | Tigran Vardanian |
| pho@sheridanross.com | Stephanie Berger |
| Sheridan Ross P.C. | RADULESCU LLP |
| 1560 Broadway, Suite 1200 | 350 Fifth Avenue, Suite 6910 |
| Denver, Colorado 80202-5141 | New York, NY 10118 |
| Telephone:    303-863-9700 | Phone: (646) 502-5950 |
| Facsimile:    303-863-0223 | Fax: (646)502-5959 |
| Email: litigation@sheridanross.com | E-mail: david@radip.com |
| | etai@radip.com |
| | tigran@radip.com |
| *Attorneys for Plaintiff Golight, Inc.* | stephanie@radip.com |

*Attorneys For Defendants, AAC Enterprises, L.L.C. d/b/a Oracle Lighting and AAC Enterprises, Inc. d/b/a Oracle Lighting*

CERTIFICATE OF SERVICE

I hereby certify that on this September 13, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                        s/ Monica Elkhatib
                        Monica Elkhatib
                        Assistant to Patricia Y. Ho
                        SHERIDAN ROSS P.C.
                        1560 Broadway, Suite 1200
                        Denver, CO  80202-5141
                        Telephone:  303-863-9700
                        Facsimile:  303-863-0223
                        Email:  melkhatib@sheridanross.com
                        litigation@sheridanross.com